# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

NGUYAN LONG                                  CIVIL ACTION NO. 26-491-P

VERSUS                                       JUDGE ROBERT R. SUMMERHAYS

DHS, ET AL.                                  MAGISTRATE JUDGE HORNSBY

## <u>JUDGEMENT</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 25th day of June, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE